United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 19, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-31209
Summary Calendar

TES ENTERTAINMENT INC.; MICHAEL TYLER; a/k/a MYSTIKAL,

Plaintiffs-Appellants,

VERSUS

AL WASH; ET AL.,

Defendants,

AL WASH; ALW ENTERTAINMENT, INC.; JOSEPH E.
SEAGRAM & SONS, INC.,

Defendants-Appellees.

Appeal from the United States District Court
For the Middle District of Louisiana
01-CV-947-C-M1

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:[*]

The Order appealed from entered on December 4, 2003 does not
dispose of all claims against all parties and is therefore not a
final judgment.  Because no judgment was entered under Rule 54(b)
F.R.C.P., we have no jurisdiction and must dismiss this appeal. *See*

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

<u>Bader v. Atlantic Intern., Ltd</u>., 986 F.2d 912 (5th Cir. 1993).

APPEAL DISMISSED.